AXION RESOURCE MANAGEMENT, INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant,

and

### Lockheed Martin Federal Health Insurance, Inc., Defendant–Appellant.

Nos. 2008–5072, 2008–5073.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

James S. Delsordo, Argus Legal, LLC, Manassas, VA, for Plaintiff–Appellee.

Marcia G. Madsen, Luke P. Levasseur, Robert L. Bronston Melissa Baker, Mayer Brown, LLP, Washington, DC, for Defendant–Appellant, Lockheed Martin Federal Healthcare, Inc.

William G. Kanellis, Department of Justice, Washington, DC, James A. Lewis, Department of the Army, Arlington, VA, for Defendant–Appellant, United States.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.